1    JOHN C. CRUDEN
     Acting Assistant Attorney General
2    Environment & Natural Resources Division

3    ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
     Trial Attorney
4    U.S. Department of Justice
     Environment & Natural Resources Division
5    301 Howard Street, Suite 1050
     San Francisco, CA 94150
6    Tel:    (415) 744-6566
     Fax:    (415) 744-6476
7    Email: rochelle.russell@usdoj.gov
     *Attorney for Defendants*

8

9

10                      UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14   ASSOCIATION OF IRRITATED              )   Case No. 09-cv-01890-CW
     RESIDENTS, an unincorporated association,  )
15                                          )
           Plaintiff,                       )   **STIPULATION TO EXTEND
16                                          )   ANSWER DEADLINE AND TO
           v.                               )   CONTINUE INITIAL DISCOVERY,
17                                          )   ADR REQUIREMENTS, AND CASE
     UNITED STATES ENVIRONMENTAL            )   MANAGEMENT CONFERENCE**
18   PROTECTION AGENCY, et al.,             )
                                            )   **AND**
19         Defendants.                      )
                                            )   **ORDER THEREON**
20                                          )

21

22

23

24

25

26

27

28

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference                              Case No. 09-cv-01890-CW

WHEREAS, on April 30, 2009, Plaintiff Association of Irritated Residents filed the complaint in the above-captioned matter against Defendants United States Environmental Protection Agency; Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency; and Laura Yoshii, in her official capacity as Acting Regional Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, Plaintiff and EPA seek to resolve this case through private settlement, thereby reducing litigation expenses and preserving the Court's resources, and are currently engaged in settlement discussions;

WHEREAS, any final settlement of this case must be approved by authorized officials at the United States Department of Justice and EPA, a process that can take several weeks;

WHEREAS, at least 30 days before any final settlement of this matter can be entered, EPA must provide notice of such settlement in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, no previous requests for extensions of time or continuances have been filed in this case, and the parties believe that the requested extension and continuances below will not adversely affect the schedule of this case;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to the following:

1.      EPA's time for responding to Plaintiff's complaint is extended by 90 days to October 12, 2009;

2.      The parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection and certification, and discovery planning is continued until October 22, 2009;

3.      The parties' deadline to file initial disclosures, a Case Management Statement, and a Rule 26(f) Report is continued until December 8, 2009;

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference                    2                    Case No. 09-cv-01890-CW

1        4.      The initial case management conference set for September 15, 2009 is continued

2   until December 15, 2009, or a date thereafter set by the Court.

3

4   **COUNSEL FOR PLAINTIFF:**

5

6   Dated: July 7, 2009                          /s/  Alegria De La Cruz (with permission)
                                                 ALEGRIA DE LA CRUZ
7                                                BRENT NEWELL
                                                 Center On Race, Poverty & the Environment
8                                                47 Kearney Street, Suite 804
                                                 San Francisco, CA 94108
9                                                Phone: (415) 346-4179
                                                 Email: adelacruz@crpe-ej.org
10                                               *Counsel for Plaintiff Association of Irritated
                                                 Residents*

11

12  **COUNSEL FOR DEFENDANTS:**

13

14  Dated: July 7, 2009                          JOHN C. CRUDEN
                                                 Acting Assistant Attorney General
15                                               Environment & Natural Resources Division

16                                                /s/ Rochelle L. Russell
                                                 ROCHELLE L. RUSSELL
17                                               Trial Attorney
                                                 U.S. Department of Justice
18                                               Environmental & Natural Resources Division
                                                 301 Howard Street, Suite 1050
19                                               San Francisco, CA 94150
                                                 Tel:    (415) 744-6485
20                                               Fax:    (415) 744-6476
                                                 Email: rochelle.russell@usdoj.gov
21                                               *Counsel for Defendants*

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24          7/14/09

25  Dated: _____          _____

26                                     CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE
27

28

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference          3          Case No. 09-cv-01890-CW