JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:    (415) 744-6566
Fax:    (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 09-cv-01890-CW<br><br>**STIPULATION TO STAY THE CASE PENDING PUBLIC COMMENT ON THE PROPOSED CONSENT DECREE**<br><br>**AND**<br><br>**ORDER THEREON** |

1   WHEREAS, on April 30, 2009, Plaintiff Association of Irritated Residents filed the
2  above-captioned matter against the United States Environmental Protection Agency ("EPA"),
3  alleging that EPA has failed to undertake certain nondiscretionary duties under the Clean Air
4  Act, 42 U.S.C. §§ 7401-7671q, and that such alleged failures are actionable under section
5  304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);
6   WHEREAS, on October 21, 2009, EPA lodged a proposed Consent Decree with the
7  Court, which would fully resolve the claims alleged against EPA in Plaintiff's complaint;
8
9   WHEREAS, before the proposed Consent Decree can be entered by the Court, EPA must
10 provide notice of the Consent Decree in the Federal Register and an opportunity for public
11 comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);
12  WHEREAS, the EPA Administrator will promptly consider any written comments
13 received on the proposed Consent Decree and, if none of the comments disclose facts or
14 considerations which indicate that the Decree is inappropriate, improper, inadequate, or
15 inconsistent with the requirements of the Clean Air Act, EPA will move for the Court's entry of
16 the Consent Decree;
17  NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the case is hereby stayed
18 pending EPA's consideration of public comments on the proposed Consent Decree.  The stay
19 shall remain in effect until EPA either moves for entry of the Consent Decree, or 45 days after
20 the close of the public comment period as noticed in the Federal Register pursuant to section
21 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), whichever is earlier.

**COUNSEL FOR PLAINTIFF:**

Dated: October 22, 2009        /s/  Brent Newell
                               BRENT NEWELL
                               ALEGRÍA DE LA CRUZ
                               Center On Race, Poverty & the Environment
                               47 Kearney Street, Suite 804
                               San Francisco, CA 94108
                               Phone: (415) 346-4179
                               Email: bnewell@crpe-ej.org
                               Email: mnzegwu@crpe-ej.org
                               *Counsel for Plaintiff Association of Irritated Residents*

**COUNSEL FOR DEFENDANTS:**

Dated: <u>October 22, 2009</u>

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Attorney, Environmental Defense Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:    (415) 744-6566
Fax:    (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is continued to April 13, 2010 at 2:00 p.m.**

Dated: <u>    10/23/09    </u>              _____/s/ Claudia Wilken_____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE