Alegría De La Cruz (SBN 229713)
Brent Newell (SBN 210312)
CENTER ON RACE POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:     415/346-4179
Fax:           415/346-8723
Email:         adelacruz@crpe-ej.org

Attorneys for Plaintiff
Association of Irritated Residents

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>            Plaintiff,<br><br>       v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and LAURA YOSHII, in her official capacity as Acting Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>            Defendants. | Case No. 09-cv-01890-CW<br><br>**STIPULATION TO EXTEND TIME TO FILE A BILL AND A MOTION FOR COSTS** |

STIPULATION TO EXTEND TIME
TO FILE A BILL AND MOTION FOR COSTS

WHEREAS, on April 30, 2009, Plaintiff Association of Irritated Residents filed the above-captioned matter against the United States Environmental Protection Agency ("EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7401-7671q, and that such alleged failures are actionable under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, the parties have agreed to a private settlement of this action, thereby reducing litigation expenses and preserving the Court's resources;

WHEREAS, on December 30, 2009, the Court entered a Consent Decree in the above-captioned matter;

WHEREAS, in that Consent Decree, the deadline to file a bill of costs pursuant to local rule 54-1 and a motion for costs of litigation, including reasonable attorneys' fees, was set for 60 days after the entry of the Consent Decree;

WHEREAS, the parties are currently negotiating fees and believe they can resolve informally the issue of fees and costs without a motion;

WHEREAS, any final settlement of this case must be approved by authorized officials at the United States Department of Justice and EPA, a process that can take several weeks;

WHEREAS, the only other requested extension of time was to facilitate settlement discussions;

WHEREAS, the parties believe that the requested extension will not adversely affect the schedule of this case;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to the following:

STIPULATION TO EXTEND TIME
TO FILE A BILL AND MOTION FOR COSTS

1. AIR's time to file a Bill of Costs and Motion for Costs and Fees is extended by 60 days to April 29, 2010.

COUNSEL FOR PLAINTIFF:

Dated: 2/24/10                              /s/ Alegría De La Cruz

ALEGRÍA DE LA CRUZ
BRENT NEWELL
Center On Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
Phone: (415) 346-4179
Email: adelacruz@crpe-ej.org
Counsel for Plaintiff Association of Irritated Residents

COUNSEL FOR DEFENDANTS:

Dated: 2/24/10                              IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell

ROCHELLE L. RUSSELL
Attorney, Environmental Defense Section
United States Department of Justice
301 Howard Street, Suite 1050

STIPULATION TO EXTEND TIME
TO FILE A BILL AND MOTION FOR COSTS

1  San Francisco, CA 94105

2  Phone: (415) 744-6566

3  Email: rochelle.russell@usdoj.gov

   Counsel for Defendants

4

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6  Dated: 3/22/2010       *[signature: Claudia Wilken]*

7

8                  CLAUDIA WILKEN

9

10                 UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME
TO FILE A BILL AND MOTION FOR COSTS