IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Defendants*. | Case No. 09-cv-01890 CW<br><br>**STIPULATION**<br><br>**and**<br><br>**ORDER THEREON** |

1      WHEREAS, on April 30, 2009, the Association of Irritated Residents filed the complaint in the above-captioned matter against the United States Environmental Protection Agency et al. (collectively, "EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

     WHEREAS, Plaintiff's claims in this matter, other than the costs of litigation and reasonable attorneys' fees, were resolved by a Consent Decree entered by the Court on December 30, 2009, see Dkt. 20;

     WHEREAS, Plaintiff and EPA wish to settle Plaintiff's claims for costs of litigation in this matter, including reasonable attorneys' fees, in order to avoid unnecessary litigation and without any admission of fact or law;

     NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate to the entry of an order that:

     1.    The United States shall pay, within 90 days, $16,500 to the Center on Race, Poverty & the Environment by electronic funds transfer in accordance with instructions provided to Defense counsel by Plaintiff"s counsel.

     2.    Any obligation of the United States to expend funds under this settlement agreement is subject to the availability of appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. § 1341.  This settlement agreement shall not be construed to require the United States to obligate or pay funds in contravention of said Anti-Deficiency Act, 31 U.S.C. § 1341.

     3.    Payment pursuant to Paragraph 1 within 90 days of the date on which the Court enters this Stipulation and Order (or after 90 days if Plaintiff accepts payment after that date) will constitute full and final payment of costs of litigation, including reasonable attorneys' fees, incurred by Plaintiff in connection with this case prior to the Court's entry of the Consent Decree and in negotiating this Stipulation and Order.  Upon payment within 90 days of the date on which the Court enters this Stipulation and Order (or upon payment after 90 days if Plaintiffs accept payment), Plaintiff releases the United States, including EPA, from any claims regarding such fees and costs incurred by Plaintiff in connection with this case prior to the Court's entry of the Consent Decree and in negotiating this Stipulation and Order.  The payment pursuant to Paragraph 1 does not affect Plaintiff's right to seek to recover reasonable costs and attorneys'

fees that Plaintiff may incur to enforce the Consent Decree, nor does it affect the right of EPA to oppose any such request for fees and costs, as provided in Paragraph 11 of the Consent Decree.

4. In the event the United States fails to pay the sum specified in Paragraph 1 within 90 days of the date on which the Court enters this Stipulation and Order, Plaintiff may file a motion with the Court for its costs of litigation, including reasonable attorneys' fees. Such motion shall be filed no later than 150 days after the date the Court enters this Stipulation and Order. The parties agree that, in litigation over such fee application, the United States reserves any defenses it may have to a fee application.

FOR THE DEFENDANTS:

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

Dated: April 06, 2010

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
United States Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
(415) 744-6566
rochelle.russell@usdoj.gov
*Attorney for Defendants*

FOR THE PLAINTIFF:

Dated: April 06, 2010

 /s/ Alegría De La Cruz  (with permission)
BRENT NEWELL
ALEGRÍA DE LA CRUZ
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
bnewell@crpe-ej.org
adelacruz@crpe-ej-org
*Attorneys for Association of Irritated Residents*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/8/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE