IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:    (415) 744-6566
Fax:    (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>*Defendants*. | Case No. 09-cv-01890 CW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**AND**<br><br>**ORDER THEREON** |

Pursuant to Paragraph 3 of the Consent Decree entered by the Court on December 30, 2009 in the above-captioned matter (Dkt. 20) and Federal Rule of Civil Procedure 41(a)(1), the parties to this action, Plaintiff Association of Irritated Residents and Defendants United States Environmental Protection Agency et al. ("EPA" or "Agency"), hereby stipulate and agree, through their undersigned counsel, that this action shall be dismissed with prejudice.

Paragraph 3 of the Consent Decree provides that the parties will jointly request the Court to dismiss this action with prejudice when the actions in Paragraph 1 of the Consent Decree, taken pursuant to section 110(k) of the Clean Air Act, 42 U.S.C. § 7410(k), have been completed.

EPA has fulfilled the obligations set forth in Paragraph 1 of the Consent Decree, as amended by the Court on March 22, 2010 (Dkt. 23), which required EPA to: (1) sign for publication in the Federal Register no later than April 12, 2010 a notice of the Agency's final action on San Joaquin Valley Unified Air Pollution Control District Rule 2020 and the portion of Rule 2201 (i.e., Paragraph 4.6.9) submitted to EPA for review on December 29, 2006; and (2) deliver the signed notice to the Office of the Federal Register for publication. *See* Approval and Promulgation of Implementation Plans, State of California, San Joaquin Valley Unified Air Pollution Control District, New Source Review, 75 Fed. Reg. 26,102 (May 11, 2010).

Accordingly, the parties joint request that this action be dismissed with prejudice.

Respectfully submitted,

FOR THE DEFENDANTS:

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

Dated: June 25, 2010

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
United States Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
(415) 744-6566
rochelle.russell@usdoj.gov
*Attorney for Defendants*

Stipulation to Dismiss With Prejudice
and Order Thereon                                     2                      Case No. 09-cv-01890 CW

1  FOR THE PLAINTIFF:

2  Dated: June 25, 2010            /s/ Brent Newell (with permission)
                                   BRENT NEWELL
3                                  ALEGRÍA DE LA CRUZ
                                   Center on Race, Poverty & the Environment
4                                  47 Kearny Street, Suite 804
                                   San Francisco, CA 94108
5                                  (415) 346-4179
                                   bnewell@crpe-ej.org
6                                  adelacruz@crpe-ej-org
                                   *Attorneys for Association of Irritated Residents*
7

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10 Dated: **6/28/2010**              _____
                                    CLAUDIA WILKEN
11                                  UNITED STATES DISTRICT JUDGE

Stipulation to Dismiss With Prejudice
and Order Thereon                      3           Case No. 09-cv-01890 CW